COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| IHT TECHNOLOGY, INC., A.C.S.A.S. | | |
| TECHNOLOGY CORPORATION A/K/A | § | |
| ACSAS TECHNOLOGY, LLC, | | No. 08-10-00189-CV |
| K. HARRIS R & D, SHIELD TECH, LLC | § | |
| F/K/A AXIS LICENSING, LLC AND | | Appeal from |
| KERRY HARRIS, | § | |
| | | 408th District Court |
| Appellants, | § | |
| | | of Bexar County, Texas |
| v. | § | |
| | | (TC # 2008-CI-17190) |
| C. MACK, | § | |
| | | |
| Appellee. | § | |

## MEMORANDUM OPINION

Pending before the Court is Appellants' motion to dismiss this appeal pursuant to TEX.R.APP.P. 42.1(a)(1) because Appellant no longer desires to prosecute the appeal. We grant the motion and dismiss the appeal with prejudice. Costs are assessed against the party incurring same. *See* TEX.R.APP.P. 42.1(d).

September 29, 2010

ANN CRAWFORD McCLURE, Justice

Before Chew, C.J., McClure, and Rivera, JJ.